# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 26, 2008

Charles R. Fulbruge III
Clerk

No. 07-50477
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LAWRENCE MATLOCK

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:06-CR-182-ALL

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Lawrence Matlock appeals his jury convictions for possession with intent to distribute crack, possession of a firearm in furtherance of a drug trafficking crime, and possession of a firearm by a convicted felon. He argues that the district court abused its discretion in denying his second motion for a trial continuance.

"Trial judges have broad discretion in deciding requests for continuances, and [this court] reviews only for an abuse of that discretion resulting in serious

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

prejudice." United States v. German, 486 F.3d 849, 854 (5th Cir.), cert. denied, 128 S. Ct. 649 (2007). Matlock has not alleged, much less established, prejudice as a result of the district court's ruling. He has therefore not shown an abuse of discretion on the part of the district court.

AFFIRMED.